United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VISUAL EDGE IT, INC., d/b/a ZENO IMAGING AND TLC OFFICE SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>CASEY VAUGHAN, SCOTT COPELAND, IMPACT NETWORKING TEXAS, LLC, IMPACT NETWORKING, LLC, and INNOVATIVE ORANGE, LLC,<br><br>Defendants. | CIVIL ACTION NO. 4:20-cv-04220<br><br>TRIAL DATE: March 6, 2023 |

## **FINAL JUDGMENT**

Pursuant to the Court's rulings, Plaintiff's and Defendants' voluntary dismissal of certain claims, the jury verdict and Federal Rule of Civil Procedure 58, judgment is hereby **ENTERED** as follows:

1. In favor of Plaintiff and against Defendant Scott Copeland on Plaintiff's first cause of action for breach for contract, with an award of zero damages;

2. In favor of Defendant Casey Vaughan and against Plaintiff on Plaintiff's first cause of action for breach of contract;

3. In favor of Defendants and against Plaintiff on Plaintiff's fourth and fifth causes of action for misappropriation of trade secrets;

4. In favor of Defendant Scott Copeland and against Plaintiff on Plaintiff's sixth cause of action for breach of duty of loyalty and fiduciary duty;

5. In favor of Defendants and against Plaintiff on Plaintiff's eighth cause of action for tortious interference with contractual relations;

6. In favor of Plaintiff/Counter defendant and against Defendant/Counterclaimant Scott Copeland on all causes of action asserted in Defendant/Counterclaimant Scott Copeland's counterclaims (ECF 182);

7. In favor of Plaintiff/Counter defendant and against Defendant/Counterclaimant Casey Vaughan on all causes of action asserted in Defendant/Counterclaimant Casey Vaughan's counterclaims (ECF 189); and

8. All other causes of action by the parties were either dismissed or abandoned prior to or during the trial.

This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 30, 2023.

_____
Keith P. Ellison
United States District Judge